**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARK F. MCLELLAN, | |
| Plaintiff, | **Case No.:** |
| vs. | |
| GOOGLE LLC, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Mark F. McLellan, for his patent infringement complaint against Defendant Google LLC ("Google"), alleges as follows:

**NATURE OF LAWSUIT**

1.      This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.  This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

**THE PARTIES**

2.      Google is a limited liability company organized under the laws of the state of Delaware and having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California, 94043. Google's Midwest headquarters is located at 320 Morgan Street, Suite 600, Chicago, Illinois 60607. Google is currently redeveloping the James R. Thompson Center into its new Chicago headquarters.

3.      Mr. McLellan owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 8,849,807 ("the '807 patent"), entitled "Active Search

1

Results Page Ranking Technology," issued September 30, 2014.  A copy of the '807 patent is attached as Exhibit 1.

4.     The non-provisional application for United States Patent No. 8,849,807 was filed on May 24, 2011 and will expire on January 19, 2033.  35 U.S.C. § 154.  With this complaint, Mr. McLellan seeks damages for Google's infringement of the '807 patent from six years prior to the filing date of this Complaint pursuant to 35 U.S.C. § 286, through the last date Mr. McLellan is entitled to receive compensation for Google's infringement.

5.     Defendant Google is a corporation organized and existing under the laws of the state of Delaware with a principal place of business at 1600 Amphitheatre Parkway, Mountain View, California, 94043.   Defendant Google transacts business and has offered to provide and/or provided products and/or services in this judicial district and throughout the state of Illinois that infringe the claims of the '807 patent.  Defendant Google has a physical presence and established place of business in this judicial district at 320 Morgan Street, Suite 600, Chicago, Illinois 60607.

6.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

## U.S. PATENT NO. 8849807

7.     The '807 patent is directed to systems and methods for storing data regarding activities of a person and/or people associated with a website that is indexed in a search engine.

8.     Data regarding such activities is used to calculate a weighting factor that is combined with a relevance score for the website.

9.     The combined weighting factor and relevance score influences the relative position of the website among other websites in search results.

2

10.     The '807 patent describes a search engine page ranking algorithm that provides a vehicle for search engines to rank search results higher or lower for websites where the promoters of those websites have a history of performing or lack of performing defined actions. For example, an action could be defined as a promoter logging into their search engine account after a period of time and/or creating an account with a search engine.

11.     The objective of the technology described in the '807 patent is to rank websites higher or lower in organic search results based on real active people supporting or not supporting their websites with respect to the types of activities (i.e., defined actions). For example, if promoters of local businesses do not login to their search engine account after a period of time, their rankings will decrease, and even worse, take the chance of not being ranked at all.

12.     The '807 patent defines a total of 28 activities that can influence rankings. "Logging into" and "creating an account" are only two of the expressly defined activities in the '807 patent that directly affect the rankings.

13.     The '807 patent has five claims, one independent apparatus claim (Claim 1) with two dependent apparatus claims (Claim 2 and Claim 3), and one independent method claim (Claim 4) with one dependent method claim (Claim 5).

### GOOGLE'S SEARCH ENGINE TECHNOLOGY AND ITS LOCAL SEARCH FEATURE FOR RANKING WEBSITES

14.     From at least six years prior to the filing date of this Complaint, Google has been, among other activities, making, using, selling and offering for sale its large-scale search engine that incorporates a local search feature, including a system for ranking websites.

15.     Google's local search feature produces 2.3 Trillion searches per year and earns Google over $90 Billion per year in revenue.

16.     Search engines are systems designed to search for and find relevant information on the internet in response to a user's query or keyword.

17.     Search engine pages display organic and paid information. Organic results are naturally generated based on the search query and the relevance of the content to the query. Paid results, on the other hand, are ads that show up at the top and bottom of pages. These ads are typically labeled as "Sponsored" or "Ad" and are paid for by the advertiser.

18.     Search engines make most of their money through advertising, particularly the pay-per-click ("PPC") model. With the PPC advertising revenue model, advertisers pay every time a user clicks on their ad. Advertisers bid on keywords or phrases that relate to the products or services they provide. When a user enters one of those keywords in the search bar, the search engine displays ads that match the query. This model is profitable for search engines because it allows them to charge for each ad click.

19.     Search engines can generate revenue through other means, such as display advertising which charges sponsors for text and image ads on search engine results pages. There is also paid inclusion which charges websites for inclusion in targeted search engines or directories. Search engine companies can also earn revenue by selling marketing data on consumer habits (habit reports) or using it for targeted advertising. Search engine companies sell market insights and data analytics services to businesses based on user queries, trends, and online behavior.

20.     Search engines use web crawlers (known also as spiders, robots, and search engine bots) to browse the internet systematically to index the web. These web crawlers scan the internet to find new or updated pages to catalogue text, images, and videos. This web content discovery is used to update databases with relevant and recent information. Browsing the

4

internet, web crawlers collect information, after which the search engine scours its index to find and rank relevant content that is then indexed, evaluated, and displayed to satisfy a user's query.

21.     Several factors influence a search's results. These include the relevance of visual or text elements to the query and the item's up-to-dateness. Additionally, the search engine's assessment of a site's strength plays a role.

22.     Google is a powerful search engine that offers extensive search capabilities and personalized results. Google is the most widely used search engine and holds over 91 percent of the worldwide search engine market share as of July 2024.

23.     Google search works by using web crawlers to discover and index web pages, then analyzing and ranking them based on relevance, quality, and user intent to deliver the most pertinent results.

24.     Google uses web crawlers, called "Googlebots," to discover and fetch web pages across the internet. The process begins with URL discovery, where Google locates new or updated website pages to add to its list of indexed page. This continuous search ensures an up-to-date search index. Googlebot discovers new pages primarily by following links for already-known pages. Alternatively, users can submit an XML sitemap via Google Search Console, which lists URLs the user wants the search engine crawler to index. When crawling a particular website, Google allocates it a "crawl budget". As a consequence, Googlebot might stop looking at a particular website if it finds too many inappropriate URLs for the search index. This can happen if the site has a lot of low-quality content, duplicate pages, or irrelevant URLs. Effectively managing a site's crawl budget ensures that Googlebot focuses on the most important pages, improving the site's indexing and visibility.

25. After discovering new content, the next stage of the process is indexing the web pages, which involves analyzing text, images, and video files. Google analyzes the new content which involves processing and understanding title elements, alt attributes, text, images, videos and other media. Thereafter, the analyzed text, images, and video files are added to Google's massive search index, which is a huge database of web content. Google then presents the top results to the user as a search engine results page ("SERP").

26. Google aims to understand the context and meaning of a page's content, not just simple keyword matching. Advanced natural language processing techniques are used to understand the subject matter, sentiment, and entities in the text.

27. To give the user the most useful information, Google search algorithms look at many factors and signals, including the words in the query, relevance and usability of pages, expertise of sources, and the user's location and settings. The weight applied to each factor varies depending on the nature of the query. For example, when searching for current news topics, content freshness plays a bigger role than dictionary definitions.

28. Google uses automated ranking systems that look at many factors and signals (https://www.google.com/search/howsearchworks/how-search-works/ranking-results/) about hundreds of billions of web pages and other content in its Search index to present the most relevant, useful results, in a fraction of a second.

29. High content quality can secure a page's inclusion and ranking in the Google index. Pages with thin, low-quality, or duplicated content may be excluded or given lower priority. To determine duplicate pages, Google clusters pages with similar content. The most representative web page is selected as the canonical page. This system ensures that the results are relevant and not overloaded with duplicate content.

6

30.     Google's ranking systems are designed to work on the page level, using a variety of signals and systems to understand how to rank individual pages. Site-wide signals and classifiers are also used and contribute to Google's understanding of pages. Having some good site-wide signals does not mean that all content from a site will always rank highly, just as having some poor site-wide signals does not mean all the content from a site will rank poorly.

31.     Google has various systems that understand how pages link to each other as a way to determine what pages are about and which might be most helpful in response to a query. Among these is PageRank, one of Google's core ranking systems used when Google first launched. It continues to be part of Google's core ranking systems.

32.     Search engines serve results by scouring their index databases to find and present the most relevant and high-quality content tailored to the user's query, location, language, and device. To establish the relevancy of a search result, the search engine identifies the user's location, language, and device. After that, search engines work at assessing each page's content, including its purpose, quality, and relevance to the query. Additionally, Google evaluates expertise, authority, trustworthiness of the content creator, and user interaction with the page.

33.     To rank websites, Google uses web crawlers that scan and index pages. How Google ranks websites begins with crawling — a process where Google's bots scan a website, reading its content and following internal links to gradually discover all pages on the site. While the web crawlers check the text and media on each page, they can't fully comprehend what they read. Instead, Google determines the meaning of sentence structure and semantics using other technologies, such as natural language processing (NLP), particularly in combination with keywords and other on-page SEO elements. Once Google understands a website's content and

adds it to its index, ranking for a particular search term depends on how the algorithm rates the value of the page based on over 200 ranking signals.

34.     Every page gets rated according to Google's opinion of its authority and usefulness to the end user. Then, using an algorithm with over 210 known factors, Google orders them on a search result page. Therefore, appearing higher in the search result pages for a given search query directly means a particular website is the most relevant and authoritative result for the query according to Google.

35.     Google search result pages answer specific search queries which are made up of keywords and phrases. Google's AI is also able to understand the meaning behind each query – and therefore processes them in concepts rather than just individual words. This algorithm works similarly to the way we humans understand and process language – and is therefore called Natural Language Processing (NLP).

36.     Google establishes content relevance through a combination of signals. One signal is if keywords from the search query are present in the content, such as in headings, body text, and other sections. Google looks to see if relevant terms are present in the content. Google also ensures that the content avoids keyword stuffing and is not excessively repetitive. Lastly, Google uses aggregated data from user interactions with search results to refine its relevance.

37.     In addition to keyword analysis, Google uses anonymized interaction data to assess how well content matches a given search query. This data is transformed into signals that refine Google's machine learning systems, enabling them to estimate relevance with greater accuracy and deliver better results. Google doesn't rank websites; it ranks web pages. It considers most ranking factors at the page level. However, there is an exception for the helpful

8

content system. This algorithmic system can impact an entire site's rankings rather than just a particular page's rank.

38.     Google's ranking process is programmatic. It does not accept payments or other considerations for higher placement. This ensures that search results are unbiased and focused on providing the best possible experience for users.

39.     Google stores pages in an index, which functions like an enormous content library. When a query is entered into the search engine, it wouldn't be very helpful if the search engine just returned an unfiltered list of all these pages. Instead, Google uses algorithms — complex mathematical rule sets — to filter and rank web pages based on relevance and content quality.

40.     For Google, the main factors that decide website rankings in the search result pages are how useful the content is, how well-rounded the website is from a technical standpoint, and how authoritative the website is based on links from other websites.

41.     Google's search engine algorithms prioritize delivering the latest and most relevant content to meet user expectations when it looks for current information on evolving or time-sensitive topics. Google tries to determine the user's query intent - whether the user is seeking recent information or not. If the search behavior or context implies a need for the freshest content, more recent pages are prioritized in the rankings.

42.     Additionally, Google considers social signals like a surge in shares, mentions, and new inbound links (link velocity) as signs that content is timely and relevant. This positively influences the Google search engine rankings.

43.     Google values authoritative, contextually relevant links from authoritative sites. Backlinks have a significant impact on Google search rankings. Such links carry more weight in

Google's search engine evaluations than low-quality or unrelated links. In addition, Google's algorithms are designed to recognize and discount backlinks that are part of a scheme to manipulate rankings. This approach ensures that backlinks genuinely represent a vote of confidence.

44.     Content quality is central to high search engine rankings. Google ranks search results with quality in mind, and uses E-E-A-T. E-E-A-T signifies experience, expertise, authoritativeness, and trustworthiness — qualities Google seeks when manually rating relevant content. While these principles guide manual raters, their feedback helps shape Google's algorithms, making E-E-A-T an indirect but crucial factor in how content is ranked.

45.     Google considers page speed a search ranking factor. Websites that load quickly are considered more user-friendly and are more likely to rank higher in Google search results.

46.     Google has often used algorithm updates to adapt to changes in user behavior. In 2015, Google introduced its mobile-friendly algorithm to reward pages optimized for smaller screens — responding to the surge in mobile users browsing and shopping on their phones. The 2021 and 2022 page experience updates prioritized factors like load time and layout stability, proving that user experience plays a bigger role in search rankings than ever before. Google's mobile-first indexing policy demands websites take the issue of page speed seriously, as it directly impacts how Google indexes and ranks sites. Faster loading times enhance user experience and are a significant ranking factor for Google's search engine.

47.     Google uses "logging into" and "creating an account" as two other factors or activities that directly affect the rankings in Google's Local Search Core Ranking Algorithm.

**GOOGLE'S INFRINGEMENT OF THE '807 PATENT**

48.     Google's search engine incorporates a system and method for ranking websites. As demonstrated in the following paragraphs of this Complaint, Google infringes the '807 patent by practicing each element of Claims 1 through 5 of the '807 patent.

49.     Claim 1 of the '807 patent is an independent claim covering a system for ranking websites. The following Figure depicting the High Level Google Search Engine System Architecture confirms Google's use of a system for ranking websites.



Figure 1. High Level Google Search Engine System Architecture

50. Claim 1 of the '807 patent calls for "a first computer database comprising machine-readable memory having website indexing records, each website indexing record comprising an indexed website ID and website indexing information".

51. The Google Search Engine has a Repository which corresponds to "a first computer database" in Claim 1. Further, the Repository contains the full HTML of every web page which corresponds to "comprising machine-readable memory having website indexing records" in Claim 1. In the repository, the documents are stored one after the other and are prefixed by docID which corresponds to "each website indexing record comprising an indexed website ID" in Claim 1. In the repository, the stored documents are also prefixed by length and URL which corresponds to "each website indexing record comprising...and website indexing information." Further with respect to "website indexing information", Google has said that it uses more than 200 signals (also referred to as Ranking Factors) to index and rank website information and pages.

52. Claim 1 of the '807 patent calls for "a second computer database comprising machine-readable memory having total activity records, each total activity record comprising an activity website ID and a total activity weight".

53. The Google Search Engine has a Links Database which corresponds to "a second computer database comprising machine-readable memory" in Claim 1. Further, the Links Database is used to compute PageRanks for all the documents. PageRank handles cases where a page was not high quality, or was a broken link, and everything in between by recursively propagating weights. In order to rank a document with a single word query, Google looks at that document's hit list for that word. Google considers each hit to be one of several different types (title, anchor, URL, plain text large font, plain text small font,...), each of which has its own type-

weight. Google's PageRank corresponds to "having total activity records, each total activity record comprising...a total activity weight" in Claim 1. PageRank also contains a database of links which are pairs of docIDs and this corresponds to "having total activity records, each total activity record comprising an activity website ID" in Claim 1.

54.     Claim 1 of the '807 patent calls for "a third computer database comprising machine-readable memory having activity records, each activity record comprising: an affiliated website ID, a website promoter ID associated with the affiliated website ID, the website promoter ID identifying a human website promoter, a website activity ID, the website activity ID identifying a website activity, the website activity being performed by the website promoter, and an activity weight for the website activity;".

55.     Google stores Personal Information, Data & Privacy, Security, People & Sharing and Payments & Subscriptions information as shown on the Google Account page and an individual's Business Profile, which corresponds to "a third computer database" in Claim 1.

56.     Google search ties together what it can about a given website when it combines additional information given to it by business owners (authoritative sources). For example, a given "Business Profile"(which corresponds to a third computer database in Claim 1) containing information about a website which Google has crawled, combined with a Google Ads account, and Google registered users (e.g. promoter ID), and other website activity such as providing hours of operation, photos, phone #, responding to reviews, etc. influence how Google ultimately ranks such a business in the search results. Google maintains sign-in activity records that are connected to the affiliated website as presented on the Google Account page. These attributes of the Google search engine correspond to part of the third computer database in Claim 1

"comprising machine-readable memory having activity records, each activity record comprising: an affiliated website ID,".

57.     With respect to the Business Profile used by the Google search engine, the promoter ID is merely the user who Google recognizes as the rightful owner of the business and as the maintainer of the business profile information. Google may well associate other information with that user should they be affiliated with multiple business profiles. Google's verification of a user as the rightful owner of the business permits that user to have permission to manage the Business Profile. These attributes of the Google Business Profile corresponds to each activity record in the third computer database in Claim 1 comprising "a website promoter ID associated with the affiliated website ID, the website promoter ID identifying a human website promoter,".

58.     In the Google Search Engine, the website activity ID is the identifier that is assigned to a website owner signing into their Google account. Sign-in activity is recorded in the Recent Security Activity section of the promoter's Google Account profile. It is common industry practice to assign unique IDs to data records in information systems. Even if there is no unique ID assigned to the activity itself, the name of the activity is also identified by its activity name and can be considered the Activity ID. Additionally, the Google Business Profile represents a datastore / database containing individual records for each business which are likely associated with their own unique ID that Google can then associate with various information (each of which when updated or interacted with could represent "activity") about each business (from an authoritative source - the business owner). Google can then connect the dots with other information it already has to deliver a fairly comprehensive and legitimate search record about that business. These attributes of the Google Account page and an individual's Google Business

14

Profile correspond to each activity record in the third computer database of Claim 1 comprising "a website activity ID, the website activity ID identifying a website activity,".

59.     The Google Account Recent security activity page shows that the website activity of sign-in is being performed by the website promoter. This function of the Google Search Engine corresponds to each activity record in the third computer database of Claim 1 comprising "the website activity being performed by the website promoter,".

60.     Google's ranking system uses weighting extensively on each and every aspect being considered. For example, just reviewing the hit types, Google associates a weight to each and every hit type. Google's blog contains posts that show "activity" weighting is being applied to the "Login" activity.  As Google's blog post also states, the login activity determines if the website runs the "risk of being de-verified." De-verification would require some type of weight in order to determine its position in the rankings. Google has stated: "We design our ranking function so that no particular factor can have too much influence." Google's admissions suggest that the login activity factor influences rankings without completely removing the website from the search results. Indeed, Google sent out emails to their Australian users of Google Places. The email states that the login and profile update activities both determine if the website listing ranks. The Google email shows that the promoter's activity directly influences Google's ranking results of the promoter's website listing. Google sent out the same "To Keep your listing live" message as an email to Canadian users that Google sent to their Australian users of Google Places. The message states that if the promoter wants their website ranked, they must engage in promoter activity. Google factors into its algorithm "business profile activity" - particularly completeness of business information provided by the business owner, as well as the owner's interaction with their business profile (e.g., managing profile). Due to the need for speeding search results, such

15

information must be "summed up" pretty regularly to some quantifiable figure (e.g. activity weight) that can be easily combined with other search criteria (e.g., relevance, distance, and prominence") to allow Google to adequately run the search results speedily. Further, Google states on their "Google Business Profile Help" page that "To make sure your business is eligible to show up on Google, verify your Business Profile." Verifying your Business Profile requires an account be created and is considered a promoter activity. After creating the account, the promoter's website is eligible for ranking in the search results which would require some type of weighting signal. Creating (or claiming) a Google Business Profile, promoter activity is the number one ranking signal that will help improve local search engine optimization, i.e., search engine rankings. The most crucial local search engine optimization ranking factor is with the promoter performing the creating an account activity (setting up) for a Google Business Profile. In addition, listing, verifying and managing or other activities listed as crucial promoter activities for a positive influence on rankings. Google's ranking system uses weighting extensively on each and every aspect being considered - for example, just reviewing the hit types, Google associates a weight to each and every hit type. Thus it is likely that factoring in "activity" weighting is also used. Accordingly, Google's ranking system corresponds to each activity record in the third computer database of Claim 1 comprising "an activity weight for the website activity;".

61.     Claim 1 of the '807 patent calls for "a tracking system comprising a tracking system network connection and one or more tracking system processors, the one or more tracking system processors having computer-executable instructions for: tracking the website activities through the tracking system network connection, assembling tracked activity records, and transmitting the tracked activity records through the tracking system network connection;"

62.     A tracking system is presented on the Google Account "Recent security activity" page within the owner's profile account. Sign-in activity records are clearly tracked, assembled and transmitted to the promoter and presented on this page. Google uses its existing crawler or login interface to monitor (e.g. track) changes to business profile information, reviews and other sources of business information, to compile such changes (if any) using its latest algorithm and then save the compiled (e.g. weighted) result in the appropriate place(s) to speed follow on searches. This Google tracking system corresponds to "a tracking system comprising a tracking system network connection and one or more tracking system processors, the one or more tracking system processors having computer-executable instructions for:" in Claim 1. It also corresponds to the computer-executable instructions of Claim 1 for "tracking the website activities through the tracking system network connection, assembling tracked activity records, and transmitting the tracked activity records through the tracking system network connection;"

63.     Claim 1 of the '807 patent calls for "a search engine computer network having a search engine network connection and one or more search engine processors, the one or more search engine processors having computer-executable instructions for:".

64.     Search engine processors make up the entire Google high level architecture for searching the Internet and no one component (processor) in the architecture is less important than the other. See Figure 1 in paragraph 49 above which provides a high level overview of how the whole system works in Google.

65.     Google runs on both Solaris and Linux operating systems which include things like addressable memory, number of open file descriptors, network sockets and bandwidth. Network sockets and bandwidth are very common components used in the computer industry to

support network connectivity. These attributes of Google's operating systems correspond to "a search engine computer network having a search engine network connection" in Claim 1.

66.     Solaris and Linux computers used in the Google search engine contain computer processors and correspond to the computer network of Claim 1 having "one or more search engine processors,".

67.     Solaris and Linux systems mostly run C or C++ to implement Google which correspond to the one or more search engine processors of Claim 1 "having computer-executable instructions for:".

68.     Google presents a box to the user for inputting a search query which contains search criteria. The search query is received through the search engine network connection into the one or more search engine processors. For Google to respond to a search request from a user, the search engine performs many ongoing background tasks including: crawling, indexing, resolving, linking, ranking, sorting, etc. This process corresponds to the search engine processors of Claim 1 having computer-executable instructions for "receiving a search query through the search engine network connection into the one or more search engine processors, the search query comprising search criteria;".

69.     In Google, the indexing function is performed by the indexer and the sorter. The indexer performs a number of functions. It reads the repository, uncompresses the documents and parses them. This process corresponds to the search engine processors of Claim 1 having computer-executable instructions for "transmitting a request for the website indexing records from the one or more search engine processors to the first computer database;".

70.     The Google search engine processors make up the elements used by the search engine to create a list of relevant websites that closely match the original search query. The

website indexing records are received from the repository by the indexer which corresponds to the search engine processors of Claim 1 having computer-executable instructions for "receiving the website indexing records from the first computer database into the one or more search engine processors;".

71.     The Searcher (Google's actual search function) uses one or more of the search engine processors (e.g. Lexicon) to "answer queries" (calculate relevance scores for each indexed website) as it compares against the original search criteria to complete the search. The searcher is run by a web server and uses the lexicon built by DumpLexicon together with the inverted index and the PageRanks to answer queries. This process corresponds to the search engine processors of Claim 1 having computer-executable instructions for "calculating a relevance score for each indexed website ID by the one or more search engine processors, the relevance score being based on the search criteria and the website indexing information of each website indexing record;".

72.     Google uses a document index that keeps information about each document. The information stored in each entry includes the current document status, a pointer into the repository, a document checksum, and various statistics. Google's Indexer (the second computer database) has both the total activity weight as well as a pointer (ID) to the activity record stored in an additional database - e.g. like repository which contains the activity. This maintains a reasonably compact data structure and the ability to fetch a record and all information needed to sufficiently rank search results in one disk seek during a search. This operation corresponds to the search engine processors of Claim 1 having computer-executable instructions for "transmitting a request for the total activity records from the one or more search engine processors to the second computer database;".

73.    The activity records stored in Google's Indexer (the second computer database) are received by the one or more search engine processors -- e.g. DocIndexer or Lexicon -- so that this information can be figured into generating the search results. This process corresponds to the search engine processors of Claim 1 having computer-executable instructions for "receiving the total activity records from the second computer database into the one or more search engine processors;".

74.    The Google Searcher is run by a web server and uses the lexicon built by DumpLexicon together with the inverted index and the PageRanks to answer queries. The Searcher, which is Google's actual search function) accesses information it needs to compare the search criteria against the indexed websites. Information about activity is either provided or calculated (figured) in line with how other information (e.g. lexicon, pagerank, etc.) are used to cull and ultimately rank the search results. This process corresponds to the search engine processors of Claim 1 having computer-executable instructions for "matching the website indexing records with the total activity records by comparing the indexed website IDs to the activity website IDs by the one or more search engine processors; calculating a total weight for each indexed website ID by the one or more search engine processors, the total weight being based on the relevance score of the indexed website ID and the total activity weight in the matching total activity record; assembling a list of the indexed website IDs ranked by the total weight of each indexed website ID by the one or more search engine processors;".

75.    Google uses a crawler to access each website's content and analyze the words and links contained within it. Google uses something similar to a crawler to process website related activity (e.g. logins to profile, updating of an account, completeness of business information, reviews, responses, access logs, etc.). Such information is stored alongside existing information

within the third database. This process corresponds to the search engine processors of Claim 1 having computer-executable instructions for "transmitting a request for the activity records from the one or more search engine processors to the third computer database; receiving the requested activity records into the one or more search engine processors from the third computer database;".

76.     In Google, the web crawling (downloading of web pages) is done by several distributed crawlers (a search engine processor). There is a URLserver (a search engine processor) that sends lists of URLs to be fetched to the crawlers. The web pages that are fetched are then sent to the storeserver (a search engine processor). The storeserver then compresses and stores the web pages into a repository. Every web page has an associated ID number called a docID which is assigned whenever a new URL is parsed out of a web page. The indexing function is performed by the indexer (the second computer database) and the sorter. The indexer performs a number of functions. It reads the repository, uncompresses the documents, and parses them. The results of the crawling and profile login monitoring in Google populates the repository as well as the index where the various statistics are stored. These functions in Google correspond to "transmitting a request for a total activity record from the one or more search engine processors to the second computer database, the request comprising the affiliated website ID of the requested activity record;" for each requested activity record received by the system for ranking websites in Claim 1.

77.     In Google, various statistics are stored within the Indexer (the second computer database) and are sent to the DocIndex (a search engine processor). The Document Index is where Google keeps information about each document, including the document status and various statistics. Every web page has an associated ID number called a docID which is assigned

21

whenever a new URL is parsed out of a web page. Google maintains much more information about web documents than typical search engines. Google factors in hits from anchor text and the PageRank of the document. Activity is another ranking factor which is stored with the over 200 ranking factors that Google currently implements. These functions in Google correspond to "receiving the requested total activity record from the second computer database into the one or more search engine processors, wherein the activity website ID of the requested total activity record is identical to the affiliated website ID of the requested activity record;" for each requested activity record received by the system for ranking websites in Claim 1.

78.    The Google query evaluation process is shown in Figure 4.

1. Parse the query.
2. Convert words into wordIDs.
3. Seek to the start of the doclist in the short barrel for every word.
4. Scan through the doclists until there is a document that matches all the search terms.
5. Compute the rank of that document for the query.
6. If we are in the short barrels and at the end of any doclist, seek to the start of the doclist in the full barrel for every word and go to step 4.
7. If we are not at the end of any doclist go to step 4.

   Sort the documents that have matched by rank and return the top k.

Figure 4. Google Query Evaluation

As shown in the Figure 4 above, the Google query evaluation process will parse the query, compute the rank of that document for that query (which includes activity factors in addition to

the over 200 well-known ranking factors that Google currently implements), and sort the documents that have matched by rank. Google includes the Searcher, which is a search engine processor run by a web server and uses the lexicon built by DumpLexicon together with the inverted index and the PageRanks to answer queries. This Google query evaluation process corresponds to "calculating a new total activity weight from the sum of the activity weight of the requested activity record and the total activity weight of the requested total activity record by the one or more search engine processors;" for each requested activity record received by the system for ranking websites in Claim 1.

79.     As shown in Figure 4 above in paragraph 78, the Google searcher process computes the rank/weight of the documents (Step 5). At the end of the doclist, the documents are sorted that have matched by rank. The documents in sorted order by rank/weight are returned to the second computer database in Google. These aspects of the Google query evaluation process corresponds to "transmitting the new total activity weight from the one or more search engine processors to the second computer database" for each requested activity record received by the system for ranking websites in Claim 1.

80.     Google takes the dot product of the vector of count-weights with the vector of type-weights to compute an IR score (Information Retrieval Score) for the document. Finally, the IR score is combined with PageRank to give a final rank to the document. The Information Retrieval (IR) Score is the same as the Relevance Score. Also, PageRank is one of over 200 well known ranking factors where Activity would be included within those factors. In Google, the IR score is combined with PageRank to give a final rank to the document. Aggregated feedback from the Google Search Quality Evaluation Process is used to further refine how Google systems discern the quality of information. These steps correspond to "wherein the total weight for each

23

indexed website ID is the sum of the relevance score of the indexed website ID and the total activity weight in the matching total activity record" recited in dependent Claim 2 in the '807 patent.

81.     Google requires its claimers (promoters) to verify their businesses using multiple methods. Email is one of the methods Google supports whereby an email is sent to the Google verifier. Thereafter, an email notice is sent out by Google which includes a link back to Google. This link is used to verify the user verifying they have access to that email account. Once verified, the promoter can start entering in personal and business profile information. These steps in the Google verification process constitute "website activity of an activity record" that corresponds to "the website promoter logging into a tracked website; the website promoter opening a tracked email; the website promoter clicking on a tracked email hyperlink in the tracked email; the website promoter clicking on a tracked website hyperlink on the webpage content transmitted by the tracked website;" in dependent Claim 3 in the '807 patent.

82.     Once verified, the promoter can start entering in personal and business profile information such as shown in the Figure below.



Adding or editing the Business Profile in Google constitutes website activity of an activity record that corresponds to "the website promoter uploading personal information to the tracked website; the website promoter submitting a tracked search query to the tracked website; the website promoter uploading a review of an affiliated website to the tracked website;" in dependent Claim 3 in the '807 patent.

83.     The types of information the promoter can enter about a given business depends on the type of business. One or more promoters may be affiliated with one or more businesses as people can own more than one business and/or hire promoter(s) to oversee digital aspects of their business(es). As shown in the Figure above in paragraph 82, the types of information the promoter can add to the Business Profile in Google constitutes website

25

activity of an activity record that corresponds to "the website promoter publishing a tracked promoter hyperlink on a promoted webpage, the tracked promoter hyperlink being enabled to transmit a tracked request for webpage content to the tracked website; the website promoter making a tracked relationship with another person through a tracked online social networking platform; the website promoter removing the tracked relationship; the website promoter sending a tracked message through the tracked online social networking platform; the website promoter registering a domain name on a tracked domain name registry; the website promoter creating a tracked account with the tracked website; and the website promoter uploading tracked content to the tracked website" in dependent Claim 3 in the '807 patent.

84.     Claim 4 of the '807 patent is an independent claim covering a method for ranking websites. The following Figure depicting the High Level Google Search Engine System Architecture confirms Google's use of a method for ranking websites.



Figure 1. High Level Google Search Engine System Architecture

85.     The Google search engine presents the user with a box for entering the search query comprising search criteria which is then received through a search engine network connection into one or more search engine processors. This Google operation corresponds to step 1 of method Claim 4 "receiving a search query through a search engine network connection into one or more search engine processors, the search query comprising search criteria;".

86.     In Google, the indexing function is performed by the indexer and the sorter. The indexer performs a number of functions. It reads the repository, uncompresses the documents and parses them. This process corresponds to the performing step 2 in method Claim 4 of "transmitting a request for the website indexing records from the one or more search engine processors to the first computer database;".

87.     The Google search engine uses a repository that contains the full HTML of every web page. In the repository, the documents are stored one after the other and are prefixed by docID, length and URL as can be seen in Figure 2 below.



Figure 2. Repository Data Structure

27

These attributes of the Google search engine correspond to the first computer database in step 2 of method Claim 4 "comprising machine-readable memory having website indexing records, each website indexing record comprising an indexed website ID and website indexing information;"

88.     The Google search engine processors make up the elements used by the search engine to create a list of relevant websites that closely match the original search query. The website indexing records are received from the repository by the indexer which corresponds to step 3 of method Claim 4 "receiving the website indexing records from the first computer database into the one or more search engine processors;".

89.     The Searcher (Google's actual search function) uses one or more of the search engine processors (e.g. Lexicon) to "answer queries" (calculate relevance scores for each indexed website) as it compares against the original search criteria to complete the search. The searcher is run by a web server and uses the lexicon built by DumpLexicon together with the inverted index and the PageRanks to answer queries. This process corresponds to step 4 of method Claim 4 "calculating a relevance score for each indexed website ID by the one or more search engine processors, the relevance score being based on the search criteria and the website indexing information of each website indexing record;".

90.     Google uses a document index that keeps information about each document. The information stored in each entry includes the current document status, a pointer into the repository, a document checksum, and various statistics. Google's Indexer (the second computer database) has both the total activity weight as well as a pointer (ID) to the activity record stored in an additional database - e.g. like repository which contains the activity. This maintains a reasonably compact data structure and the ability to fetch a record and all information needed to sufficiently rank search results in one disk seek during a search. This operation corresponds to

28

step 5 of method Claim 4 "transmitting a request for the total activity records from the one or more search engine processors to the second computer database;".

91.     Google uses a document index that keeps information about each document. The information stored in each entry includes the current document status, a pointer into the repository, a document checksum, and various statistics. Google's Indexer (the second computer database) has both the total activity weight as well as a pointer (ID) to the activity record stored in an additional database - e.g. like repository which contains the activity. This maintains a reasonably compact data structure and the ability to fetch a record and all information needed to sufficiently rank search results in one disk seek during a search. This corresponds to the second computer database in step 5 of method Claim 4 "comprising machine-readable memory having total activity records, each total activity record comprising an indexed website ID and a total activity weight;".

92.     The activity records stored in Google's Indexer (the second computer database) are received by the one or more search engine processors -- e.g. DocIndexer or Lexicon -- so that this information can be figured into generating the search results. This process corresponds to step 6 of method Claim 4 "receiving the total activity records from the second computer database into the one or more search engine processors;".

93.     The Google Searcher is run by a web server and uses the lexicon built by DumpLexicon together with the inverted index and the PageRanks to answer queries. The Searcher, which is Google's actual search function) accesses information it needs to compare the search criteria against the indexed websites. Information about activity is either provided or calculated (figured) in line with how other information (e.g. lexicon, pagerank, etc.) are used to cull and ultimately rank the search results. This process corresponds to steps 7, 8 and 9 of

method Claim 4, step 7 for -- "matching the website indexing records with the total activity records by comparing the indexed website IDs to the activity website IDs by the one or more search engine processors;" step 8 for -- "calculating a total weight for each indexed website ID by the one or more search engine processors, the total weight being based on the relevance score of the indexed website ID and the total activity weight in the matching total activity record;" step 9 for -- "assembling a list of the indexed website IDs ranked by the total weight of each indexed website ID by the one or more search engine processors;".

94.     Google uses a crawler to access each website's content and analyze the words and links contained within it. Google uses something similar to a crawler to process website related activity (e.g. logins to profile, updating of an account, completeness of business information, reviews, responses, access logs, etc.). Such information is stored alongside existing information within the third database. This process corresponds to step 10 of method Claim 4 for "transmitting a request for the activity records from the one or more search engine processors to the third computer database,".

95.     Google stores Personal Information, Data & Privacy, Security, People & Sharing and Payments & Subscriptions information as shown on the Google Account page and an individual's Business Profile, which corresponds to "a third computer database" in method Claim 4.

96.     Google search ties together what it can about a given website when it combines additional information given to it by business owners (authoritative sources). For example, a given "Business Profile"(which corresponds to a third computer database in method Claim 4) containing information about a website which Google has crawled, combined with a Google Ads account, and Google registered users (e.g. promoter ID), and other website activity such as

providing hours of operation, photos, phone #, responding to reviews, etc. influence how Google ultimately ranks such a business in the search results. Google maintains sign-in activity records that are connected to the affiliated website as presented on the Google Account page. The activity records are clearly displayed as being assigned to a Google account profile. These attributes of the Google search engine correspond to part of the third computer database in method Claim 4 "comprising machine-readable memory having activity records, each recordable activity record having been generated and transmitted from a tracking system to the third database, each recordable activity record comprising: an affiliated website ID,".

97.     With respect to the Business Profile used by the Google search engine, the website promoter ID is merely the user who Google recognizes as the rightful owner of the business and as the maintainer of the business profile information. Google may well associate other information with that user should they be affiliated with multiple business profiles. Google's verification of a user as the rightful owner of the business permits that user to have permission to manage the Business Profile. These attributes of the Google Business Profile corresponds to each recordable activity record in the third computer database in method Claim 4 comprising "a website promoter ID associated with the affiliated website ID, the website promoter ID identifying a human website promoter,".

98.     In the Google Search Engine, the website activity ID is the identifier that is assigned to a website owner signing into their Google account. Sign-in activity is recorded in the Recent Security Activity section of the promoter's Google Account profile. It is common industry practice to assign unique IDs to data records in information systems. Even if there is no unique ID assigned to the activity itself, the name of the activity is also identified by its activity name and can be considered the Activity ID. Additionally, the Google Business Profile

31

represents a datastore / database containing individual records for each business which are likely associated with their own unique ID which Google then can associate with various information (each of which when updated or interacted with could represent "activity") about each business (from an authoritative source - the business owner). Google can then connect the dots with other information it already has to deliver a fairly comprehensive and legitimate search record about that business. The website activity of sign-in is being performed by the website promoter shown in the Google Account Recent security activity page. These attributes of the Google Account page and an individual's Google Business Profile correspond to each recordable activity record in the third computer database of method Claim 4 comprising "a website activity ID, the website activity ID identifying a website activity, the website activity being performed by the website promoter, and".

99.     Google's ranking system uses weighting extensively on each and every aspect being considered. For example, just reviewing the hit types, Google associates a weight to each and every hit type. Google's blog contains posts that clearly show that "activity" weighting is being applied to the "Login" activity.  As Google's blog post clearly states, the login activity determines if the website runs the "risk of being de-verified." De-verification would require some type of weight in order to determine its position in the rankings. Google has stated: "We design our ranking function so that no particular factor can have too much influence." Google's admissions strongly suggest that the login activity factor influences rankings without completely removing the website from the search results. Indeed, Google sent out emails to their Australian users of Google Places. The email clearly states that the login and profile update activities both determine if the website listing ranks. The Google email shows that the promoter's activity directly influences Google's ranking results of the promoter's website listing. Google sent out the

same "To Keep you listing live" message to Canadian users that Google sent to their Australian users of Google Places as an email. The message clearly states that if the promoter wants their website ranked, they must engage in promoter activity. Google factors into its algorithm "business profile activity" - particularly completeness of business information provided by the business owner as well as the owner's interaction with their business profile (e.g., managing profile). Due to the need for speeding search results, such information must be "summed up" pretty regularly to some quantifiable figure (e.g. activity weight) that can be easily combined with other search criteria (e.g., relevance, distance, and prominence") to allow Google to adequately run the search results speedily. Further, Google states on their "Google Business Profile Help" page that "To make sure your business is eligible to show up on Google, verify your Business Profile." Verifying your Business Profile requires an account be created and is considered a promoter activity. After creating the account, the promoter's website is eligible for ranking in the search results which would require some type of weighting signal. Creating (or claiming) a Google Business Profile, promoter activity is the number one ranking signal that will help improve local search engine optimization, i.e., search engine rankings. The most crucial local search engine optimization ranking factor is with the promoter performing the creating an account activity (setting up) for a Google Business Profile. In addition, listing, verifying and managing or other activities listed as crucial promoter activities for a positive influence on rankings. Google's ranking system uses weighting extensively on each and every aspect being considered - for example, just reviewing the hit types, Google associates a weight to each and every hit type. Thus it is likely that factoring in "activity" weighting is also used. Accordingly, Google's ranking system corresponds to each recordable activity record in the third computer database of method Claim 4 comprising "an activity weight for the website activity;".

33

100.    A tracking system is presented on the Google Account "Recent security activity" page within the business owner's profile account. Sign-in activity records are clearly tracked, assembled and transmitted to the promoter and presented on this page. Google uses its existing crawler or login interface to monitor (e.g. track) changes to business profile information, reviews and other sources of business information, compile such changes (if any) using its latest algorithm and then save the compiled (e.g. weighted) result in the appropriate place(s) to speed follow on searches. This Google tracking system corresponds to "wherein the tracking system comprises one or more general purpose tracking computers having a tracking system network connection and one or more tracking system processors, the one or more tracking system processors having computer-executable instructions for:" in method Claim 4. It also corresponds to the computer-executable instructions of method Claim 4 for "tracking the website activities through the tracking system network connection, assembling tracked activity records, and transmitting the tracked activity records through the tracking system network connection;"

101.    Search engine processors make up the entire Google high level architecture for searching the Internet and no one component (processor) in the architecture is less important than the other. See Figure 1 in paragraph 49 above which provides a high level overview of how the whole system works in Google.

102.    The activity records stored in Google's Indexer (the second computer database) are received by the one or more search engine processors -- e.g. DocIndexer or Lexicon -- so that this information can be figured into generating the search results. This process corresponds to the tracking system processors of method Claim 4 having computer-executable instructions for "receiving the one or more recordable activity records through the search engine network connection into the one or more search engine processors,".

103.    In Google, the web crawling (downloading of web pages) is done by several distributed crawlers (a search engine processor). There is a URLserver (a search engine processor) that sends lists of URLs to be fetched to the crawlers. The web pages that are fetched are then sent to the storeserver (a search engine processor). The storeserver then compresses and stores the web pages into a repository. Every web page has an associated ID number called a docID which is assigned whenever a new URL is parsed out of a web page. The indexing function is performed by the indexer (the second computer database) and the sorter. The indexer performs a number of functions. It reads the repository, uncompresses the documents, and parses them. The results of the crawling and profile login monitoring in Google populates the repository as well as the index where the various statistics are stored. These functions in Google provide that "for each recordable activity record received" in carrying out the method in Claim 4, Google's operation includes "transmitting a request for a total activity record from the one or more search engine processors to the second computer database, the request comprising the affiliated website ID of the requested activity record;"

104.    In Google, various statistics are stored within the Indexer (the second computer database) and are sent to the DocIndex (a search engine processor). The Document Index is where Google keeps information about each document, including the document status and various statistics. Every web page has an associated ID number called a docID which is assigned whenever a new URL is parsed out of a web page. Google maintains much more information about web documents than typical search engines. Google factors in hits from anchor text and the PageRank of the document. Activity is another ranking factor which is stored with the over 200 ranking factors that Google currently implements. These functions in Google provide that "for each recordable activity record received" in carrying out the method in Claim 4, Google's

operation includes "receiving the requested total activity record from the second computer database into the one or more search engine processors, wherein the activity website ID of the requested total activity record is identical to the affiliated website ID of the requested activity record;"

105.    The Google query evaluation process is shown in Figure 4 below.

1. Parse the query.
2. Convert words into wordIDs.
3. Seek to the start of the doclist in the short barrel for every word.
4. Scan through the doclists until there is a document that matches all the search terms.
5. Compute the rank of that document for the query.
6. If we are in the short barrels and at the end of any doclist, seek to the start of the doclist in the full barrel for every word and go to step 4.
7. If we are not at the end of any doclist go to step 4.

Sort the documents that have matched by rank and return the top k.

Figure 4. Google Query Evaluation

As shown in Figure 4, the Google query evaluation process will parse the query, compute the rank of that document for that query (which includes activity factors in addition to the over 200 well-known ranking factors that Google currently implements), and sort the documents that have matched by rank. Google includes the Searcher, which is a search engine processor run by a web server and uses the lexicon built by DumpLexicon together with the inverted index and the

PageRanks to answer queries. These functions of the Google query evaluation process provide that "for each recordable activity record received" in carrying out the method in Claim 4, Google's operation includes "calculating a new total activity weight from the sum of the activity weight of the recordable activity record and the total activity weight of the requested total activity record by the one or more search engine processors; and".

106.    As shown in Figure 4 in paragraph 105, the Google searcher process computes the rank/weight of the documents (Step 5). At the end of the doclist, the documents are sorted that have matched by rank. The documents in sorted order by rank/weight are returned to the second computer database in Google. These functions of the Google query evaluation process provide that "for each recordable activity record received" in carrying out the method in Claim 4, Google's operation includes "transmitting the new total activity weight from the one or more search engine processors to the second computer database."

107.    Google requires its claimers (promoters) to verify their businesses using multiple methods. Email is one of the methods Google supports whereby an email is sent to the Google verifier. Thereafter, an email notice is sent out by Google which includes a link back to Google. This link is used to verify the user verifying they have access to that email account. Once verified, the promoter can start entering in personal and business profile information. These steps in the Google verification process constitute "website activity of an activity record" that corresponds to "the website promoter logging into a tracked website; the website promoter opening a tracked email; the website promoter clicking on a tracked email hyperlink in the tracked email; the website promoter clicking on a tracked website hyperlink on the webpage content transmitted by the tracked website;" in dependent Claim 5 in the '807 patent.

108.     Once verified, the promoter can start entering in personal and business profile information such as shown in the Figure below.



Adding or editing the Business Profile in Google constitutes website activity of an activity record that corresponds to "the website promoter uploading personal information to the tracked website; the website promoter submitting a tracked search query to the tracked website; the website promoter uploading a review of an affiliated website to the tracked website;" in dependent Claim 5 in the '807 patent.

109.     The types of information the promoter can enter about a given business depends on the type of business. One or more promoters may be affiliated with one or more businesses as people can own more than one business and/or hire promoter(s) to oversee digital aspects of their

business(es). As shown in the Figure above in paragraph 108, the types of information the promoter can add to the Business Profile in Google constitutes "website activity of each activity record" that corresponds to "the website promoter publishing a tracked promoter hyperlink on a promoted webpage, the tracked promoter hyperlink being enabled to transmit a tracked request for webpage content to the tracked website; the website promoter making a tracked relationship with another person through a tracked online social networking platform; the website promoter removing the tracked relationship; the website promoter sending a tracked message through the tracked online social networking platform; the website promoter registering a domain name on a tracked domain name registry; the website promoter creating a tracked account with the tracked website; and the website promoter uploading tracked content to the tracked website" in dependent Claim 5 in the '807 patent.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff Mark F. McLellan asks this Court to enter judgment against the Defendant Google LLC, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.      An award of damages adequate to compensate Mark F. McLellan for Google's infringement of the '807 patent from six years prior to the filing date of this Complaint, together with any applicable prejudgment interest;

B.      Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Plaintiff Mark F. McLellan demands a trial by jury on all issues presented in this Complaint.

Date:  **October 19, 2025**          */s/*Anthony E. Dowell
Anthony E. Dowel
DOWELL COMMERCIAL LITIGATION, LLC
101 Foundry Drive, Suite 1200
West Lafayette, Indiana  47906
(765) 280-7674
aedowell@dowellcomlit.com

**ATTORNEY FOR PLAINTIFF
MARK F. MCLELLAN**